UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>05-20443-CR-HUCK(s)</u>
18 U.S.C. § 2339B
21 U.S.C. § 963
21 U.S.C. § 846
18 U.S.C. § 924(o)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

HECTOR RODRIGUEZ-ACEVEDO,
a/k/a "Nacho Rodriguez," and
JOSE GELVEZ-ALBARRACIN,
a/k/a "Canoso,"

      **Defendants.**
_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about April 2004, the exact date being unknown to the Grand Jury, and continuing until on or about June 29, 2005, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**HECTOR RODRIGUEZ-ACEVEDO,**
a/k/a "Nacho Rodriguez,"
and
**JOSE GELVEZ-ALBARRACIN,**
a/k/a "Canoso,"

did combine, conspire, confederate, and agree with each other and with other individuals, both known and unknown to the Grand Jury, to knowingly and intentionally provide material support and resources, that is, weapons and ammunition, including 200 M-16 assault rifles, 100 fragmentation



hand grenades, 150 rocket propelled grenades, 100 60mm mortar grenades, 50,000 rounds of 5.56mm ammunition, and other small arms ammunition, to a foreign terrorist organization, that is, the AUC (Autodefensas Unidas de Colombia (United Self-Defense Forces of Colombia)), in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT 2

From in or about April 2004, the exact date being unknown to the Grand Jury, and continuing until on or about June 29, 2005, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**HECTOR RODRIGUEZ-ACEVEDO,**
a/k/a "Nacho Rodriguez,"
and
**JOSE GELVEZ-ALBARRACIN,**
a/k/a "Canoso,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other individuals, both known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance; in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

From in or about April 2004, the exact date being unknown to the Grand Jury, and continuing until on or about June 29, 2005, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**HECTOR RODRIGUEZ-ACEVEDO,**
a/k/a "Nacho Rodriguez,"
and
**JOSE GELVEZ-ALBARRACIN,**
a/k/a "Canoso,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other individuals, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

From in or about April 2004, the exact date being unknown to the Grand Jury, and continuing until on or about June 29, 2005, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**HECTOR RODRIGUEZ-ACEVEDO,**
a/k/a "Nacho Rodriguez,"
and
**JOSE GELVEZ-ALBARRACIN,**
a/k/a "Canoso,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other individuals, both known and unknown to the Grand Jury, to carry and use a firearm and destructive device, during and in relation to a crime of violence and drug trafficking crime and to possess a firearm and destructive device in furtherance of a crime of violence and drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, conspiracy

to provide material support to a foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B, as set forth in Count 1 of this Superseding Indictment, conspiracy to import a controlled substance into the United States, in violation of Title 21, United States Code, Section 963, as set forth in Count 2 of this Superseding Indictment, and conspiracy to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846, as set forth in Count 3 of this Superseding Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A); all in violation of Title 18, United States Code, Section 924(o).

It is further alleged that said firearm and destructive device was:

(a) M-16 assault rifles,

(b) rocket propelled grenades,

(c) mortar grenades, and

(d) hand grenades.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 4 of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1).

2. Upon conviction of any of the violations alleged in Counts 1 through 4, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

As made applicable by Title 28, United States Code, Section 2461 and the procedures outlined in Title 21, United States Code, Section 853.

A TRUE BILL

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
DAVID A. GARDEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **HECTOR RODRIGUEZ-ACEVEDO**

Case No: 05-20443-CR-HUCK(s)

Count #: 1

Conspiracy to provide material support to a foreign terrorist organization.

Title 18, United States Code, Section 2339B

*Max.Penalty:    Fifteen Years' Imprisonment

Count #: 2

Conspiracy to import cocaine.

Title 21, United States Code, Section 963

*Max. Penalty:    Life Imprisonment

Count #: 3

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846

*Max. Penalty:    Life Imprisonment

Count #: 4

Conspiracy to use, carry, and possess firearms relating to a crime of violence and drug trafficking crimes.

Title 21, United States Code, Section 924(o)

*Max. Penalty:    Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JOSE GELVEZ-ALBARRACIN**

Case No: 05-20443-CR-HUCK(s)

Count #: 1

Conspiracy to provide material support to a foreign terrorist organization.

Title 18, United States Code, Section 2339B

\* Max. Penalty:   Fifteen Years' Imprisonment

Count #: 2

Conspiracy to import cocaine.

Title 21, United States Code, Section 963

\*Max. Penalty:   Life Imprisonment

Count #: 3

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846

\*Max. Penalty:   Life Imprisonment

Count #: 4

Conspiracy to use, carry, and possess firearms relating to a crime of violence and drug trafficking crimes.

Title 21, United States Code, Section 924(o)

\*Max. Penalty:   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.